No. 751. AMERE GAS UTILITIES Co. *v.* PUBLIC SERVICE COMMISSION OF WEST VIRGINIA. Appeal from the Supreme Court of Appeals of West Virginia. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Charles C. Wise, Jr.* and *Tilford A. Jones* for appellant.

No. 277, Misc. JAKALSKI *v.* CARRICK, CLERK. *Per Curiam:* The motions for leave to proceed *in forma pauperis* and for leave to file petition for writ of mandamus are granted. The petition for writ of mandamus is granted and the Clerk of the United States Court of Appeals for the Seventh Circuit is directed to docket petitioner's appeal. Petitioner *pro se.* *Solicitor General Sobeloff, Assistant Attorney General Olney, Gray Thoron, Beatrice Rosenberg* and *Julia P. Cooper* for respondent.

No. 371, Misc. NOTO *v.* UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit. *Per Curiam:* The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment is reversed and the case is remanded to the District Court for the entry of an order enlarging petitioner upon bail, pending trial, in the sum of $10,000. *Charles J. McDonough* for petitioner. *Solicitor General Sobeloff* for the United States.